# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Troy N. Person, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00407-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert C. Lewis | ) | |
| G. Solomon | | |
| Alvin W. Keller Jr. | | |
| L. Parsons | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2016 Order.

March 22, 2016

_____
Frank G. Johns, Clerk
United States District Court